# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **MELISSA GOVEA**, an individual, and as *guardian ad litem* for **T.T.**, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>**MONROVIA UNIFIED SCHOOL DISTRICT**; **LESLIE MILLER,** in her official capacity as the Principal for Wild Rose Elementary School; **DARVIN JACKSON**, in his official capacity as the assistant superintendent of Monrovia Unified School District; **LISA MINAMI-LIN**, in her official capacity as the Director of Student Support Services and Monrovia Unified School District's Section 504 Coordinator; and **DOES 1 through 25**, inclusive,<br><br>Defendants. | Case No.: 2-17-cv-03093-AB-MRW<br><br>[PROPOSED] ORDER AND JUDGMENT GRANTING APPROVAL OF MINOR'S COMPROMISE OF CLAIMS |

1

This Court, having considered the minor Plaintiff T.T.'s Petition for Approval of Minor's Compromise, filed by Melissa Govea, guardian ad litem for minor Plaintiff T.T. on November 6, 2018 (Dkt. No. 63), and finding **GOOD CAUSE** as set forth in the Court's December 6, 2018 Order Granting the Petition for Approval of Minors' Compromise (Dkt. No. 64),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The aggregate amount offered in compromise to GOVEA and T.T. is $40,000.00;

2. Although GOVEA is a named party to this action, GOVEA will not partake in any part of the settled amount, and the entirety of the settled amount will be apportioned only to T.T.;

3. The entirety of the settled amount will be placed in a blocked bank account held in the benefits of T.T., and the funds will be released upon the date T.T. reaches the age of majority;

4. Abir Cohen Treyzon Salo, LLP will not seek its attorneys' fees from T.T.'s settlement amount, but are entitled to its cost in the amount of $1,156.61;

5. No additional fees or costs will be deducted from the gross settlement aside from the $1,156.61 in costs;

6. The net settlement payable to T.T. is in the amount of $38,843.39 and shall be deposited in an interest-bearing federally insured blocked account belonging to minor T.T. No withdraw of principal or interest shall be made from the blocked account without a written order from the Court until the minor reaches the age of majority.

7. Petitioner and *guardian ad litem* GOVEA is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of this Order.

8.

**IT IS SO ORDERED.**
Dated: January 14, 2019

_____
Honorable André Birotte Jr.
United States District Judge